

| | | | | | |
|---|---|---|---|---|---|
| Gordon W. VanWieren, Jr. | Christopher J. Iamarino | Robert A. Dietzel | Fredric G. Heidemann | Ryan J. Murray | |
| Martha J. Marcero | Raymond M. Davis | Katherine Wolf Broaddus | Ryan J. Nicholson | Erin H. Walz | |
| Lisa L. Swem | Michele R. Eaddy | Daniel R. Martin | Cristina T. Patzelt | Mackenzie D. Flynn | |
| Jeffrey J. Soles | Kirk C. Herald | Jennifer K. Starlin | Philip G. Clark | Kathryn R. Church | |
| Roy H. Henley | Margaret M. Hackett | Timothy T. Gardner, Jr. | Piotr M. Matusiak | | |
| Michael D. Gresens | Matthew F. Hiser | Ian F. Koffler | Jessica E. McNamara | | |

March 14, 2022

E-mail ▮▮▮▮▮
and U.S. Mail

▮▮▮▮▮

Re: Marcellus Community Schools Title IX Investigation

Dear Ms. Colley:

On November 11, 2021, you filed a formal Title IX Complaint on behalf of your daughter, ▮▮▮▮▮ ("Complainant"), alleging that on October 6, 2021, ▮▮▮▮▮ restrained Complainant's hands, forced her to the ground, and inappropriately touched her. The complaint further alleged that ▮▮▮▮▮ and ▮▮▮▮▮ inappropriately touched Complainant and other students as part of a game the students call "Twindldee" on multiple occasions during Fall 2021. The District appointed me to serve as the investigator.

My investigation is complete and has been summarized in a written investigation report. The report was sent to Nanette Pauley on March 14, 2022. Ms. Pauley will serve as the final decision maker and will make a final determination of responsibility. Before the final determination of responsibility is rendered, you have the right to inspect and review the investigation report; to submit written, relevant questions for any party or witness to the decision maker; to receive written answers to those questions (as available) from the decision maker; and to ask additional, limited follow-up questions.

You may access the investigation report at this link: http://docsel.thrunlaw.com/docs/▮▮▮▮▮. Ms. Pauley will contact you directly about the process for submitting written questions.

The information contained in the linked report is confidential. It is intended for inspection and review only by the Complainant, the Respondent, and their respective advisors. Neither party may copy, print, or download the document or share or disclose it to any other party. Once Ms. Pauley renders a final determination of responsibility, the link will be deactivated.

Please contact me if you have any questions.

Very truly yours,

THRUN LAW FIRM, P.C.

*Robert A. Dietzel*

Robert A. Dietzel
(517) 374-8858
rdietzel@thrunlaw.com

RAD/jmw
Enclosures

c: Melinda Bohan, Title IX Coordinator – Marcellus Community Schools