AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor <br> *Plaintiff(s)* <br> v. <br><br> MARCELLUS COMMUNITY SCHOOLS, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor<br>*Plaintiff(s)*<br>v.<br>MARCELLUS COMMUNITY SCHOOLS, et al.<br>*Defendant(s)* | Civil Action No. 1:23-cv-255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marcellus Community Schools Board of Education
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | ) | |
|---|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-255 |
| | ) ) ) | |
| MARCELLUS COMMUNITY SCHOOLS, et al. | ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nanette Pauley
Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

C.C., as Parent and Legal Guardian of JANE DOE, a Minor )
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 1:23-cv-255
)
MARCELLUS COMMUNITY SCHOOLS, et al. )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Melinda Bohan
Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor<br>*Plaintiff(s)*<br>v.<br>MARCELLUS COMMUNITY SCHOOLS, et al.<br>*Defendant(s)* | ))))))))))) | Civil Action No. 1:23-cv-255 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sarah Bischoff
Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor<br>*Plaintiff(s)*<br>v.<br>MARCELLUS COMMUNITY SCHOOLS, et al.<br>*Defendant(s)* | Civil Action No. 1:23-cv-255 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tammy Curtis
Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor <br> *Plaintiff(s)* <br> v. <br> MARCELLUS COMMUNITY SCHOOLS, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-255 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Henry Essex
Marcellus Community Schools
305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | ) | |
|---|---|---|
| C.C., as Parent and Legal Guardian of JANE DOE, a Minor | ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-255 |
| | ) ) ) | |
| MARCELLUS COMMUNITY SCHOOLS, et al. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Dietzel
Thrun Law Firm, PC
2900 West Road, Suite 400
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                *Signature of Clerk or Deputy Clerk*