# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Marcellus Community Schools
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
 P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

March 15, 2023
Date

---

## PROOF OF SERVICE

This summons for _____Marcellus Community Schools_____ was received by me on _____.
(name of individual and title, if any)                                                                                   (date)

☐ I personally served the summons on the individual at _____
                                                                                                          (place where served)
on _____.
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                        (name of individual)
of process on behalf of _____ on _____.
                                        (name of organization)                                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                        _____
                                                                                        *Server's signature*

Additional information regarding attempted service, etc.:        _____
                                                                                        *Server's printed name and title*

                                                                                        _____
                                                                                        *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Marcellus Community Schools Board of Education
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933



By: Deputy Clerk     March 15, 2023
                     Date

## PROOF OF SERVICE

This summons for __Marcellus Community Schools Board of Education__ was received by me on _____.
                  (name of individual and title, if any)                                       (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                       _____
                                              *Server's signature*

Additional information regarding attempted service, etc.:
                                            _____
                                            *Server's printed name and title*

                                            _____
                                              *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Nanette Pauley
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

March 15, 2023
Date

## PROOF OF SERVICE

This summons for ___Nanette Pauley___ was received by me on _____.
(name of individual and title, if any) (date)

☐ I personally served the summons on the individual at _____
on _____.
(date) (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization) (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Melinda Bohan
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933



By: Deputy Clerk

March 15, 2023
Date

## PROOF OF SERVICE

This summons for _____Melinda Bohan_____ was received by me on _____.
(name of individual and title, if any)    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                               (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
*Server's signature*

Additional information regarding attempted service, etc.:
_____
*Server's printed name and title*

_____
*Server's address*

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Sarah Bischoff
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
 P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk

March 15, 2023
Date

### PROOF OF SERVICE

This summons for _____Sarah Bischoff_____ was received by me on _____.
(name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Tammy Curtis
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk                                March 15, 2023
                                                Date

## PROOF OF SERVICE

This summons for ___Tammy Curtis___ was received by me on _____.
(name of individual and title, if any)                      (date)

☐ I personally served the summons on the individual at _____
                                                      (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Henry Essex
ADDRESS: 305 West Arbor Street
Marcellus, MI 49067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk         March 15, 2023
                              Date

---

### PROOF OF SERVICE

This summons for _____Henry Essex_____ was received by me on _____.
(name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    _____
                                                    *Server's signature*

Additional information regarding attempted service, etc.:
                                                    _____
                                                    *Server's printed name and title*

                                                    _____
                                                    *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

C.C.

v.

Marcellus Community Schools, et al

Case No. 1:23-cv-255
Hon. Paul L. Maloney

TO: Robert Dietzel
ADDRESS: Thrun Law Firm, PC
2900 West Road, Suite 400
East Lansing, MI 48823

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Elizabeth Kamm Abdnour
Elizabeth Abdnour Law, PLLC
1100 W Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

CLERK OF COURT



By: Deputy Clerk       March 15, 2023
                       Date

## PROOF OF SERVICE

This summons for _____Robert Dietzel_____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
on _____.                                            (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address