UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

C.C. as Parent and Legal Guardian of
JANE DOE, a Minor,

        Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

        Defendants.

CASE NO: 1:23-cv-00255

Hon. Paul L. Maloney

---

Elizabeth Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorneys for Plaintiff
1100 W. Saginaw St. Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
Email: elizabeth@abdnour.com

Mark T. Ostrowski (P49761)
Jessica M. Stark-Flechsig (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants Marcellus CS,
Marcellus CS BOE, Nanette Pauley,
Melinda Bohan, Sarah Bischoff, Tammy
Curtis, and Henry Essex
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI 49546
(616) 559-8649
Email: marko@kgvlaw.com

---

**PROOF OF SERVICE**

The undersigned certifies that the Defendants Answer to Complaint and Affirmative Defenses was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 9, 2023.

By:    __X__ U.S. Mail                ____ Fax
           ____ Hand Delivered      ____ Fed Ex
           ____ Certified Mail         __X__ Email

*/s/ Lynn R. Lewis*
Lynn R. Lewis