UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

    Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, and individuals NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS, HENRY ESSEX and ROBERT DIETZEL, In their individual capacities,

    Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

---

| | |
|---|---|
| Elizabeth Abdnour (P78203)<br>ELIZABETH ABDNOUR LAW, PLLC<br>Attorneys for Plaintiff<br>1100 W. Saginaw St. Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067<br>Email: elizabeth@abdnour.com<br><br>Mark T. Ostrowski (P49761)<br>Jessica M. Stark-Flechsig (P80647)<br>KLUCYZNSKI, GIRTZ & VOGELZANG<br>Attorneys for the MSC Defendants<br>3033 Orchard Vista Dr SE, Ste 308<br>Grand Rapids, MI 49546<br>(616) 559-8649<br>Email: marko@kgvlaw.com | Mark A. Gilchrist (P61741)<br>Michael D. Wiese (P78353)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendant Robert Dietzel<br>100 Monroe Center, N.W.<br>Grand Rapids, MI 49503<br>616-774-8000<br>mgilchrist@shrr.com<br>mwiese@shrr.com |

## Robert Dietzel's Certificate of Compliance

    NOW COMES Defendant Robert Dietzel ("Mr. Dietzel"), by and through his attorneys, SMITH HAUGHEY RICE & ROEGGE, and in compliance with L. Civ. R. 7.2(b)(ii) states that Mr. Dietzel's Brief in

Support of Fed. R. Civ. P. 12(b)(6) Motion to Dismiss complies with L. Civ. R. 7.2(b)(i), as it contains 4,911 words including headings, footnotes, citations and quotations. The brief was produced with Microsoft Word for Office 365.

|  |  |
|---|---|
| Date: May 15, 2023 | By: */s/ Mark A. Gilchrist*_____<br>Mark A. Gilchrist (P61741)<br>Michael D. Wiese (P78353)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendant Robert Dietzel<br>100 Monroe Center, N.W.<br>Grand Rapids, MI 49503<br>616-774-8000<br>mgilchrist@shrr.com<br>mwiese@shrr.com |