UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.C.,

Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS,
et al.,

Defendants.

Case No. 1:23-cv-255

Hon. Paul L. Maloney

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT DIETZEL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the Plaintiff to file a response to Defendant Dietzel's Rule 12 Motion to Dismiss is extended from Monday, June 12, 2023, to Thursday, July 20, 2023.

Plaintiff respectfully requests this additional time as the parties are scheduling facilitation in this matter which will most likely take place on July 6, 2023, and the likelihood of success in the facilitation process will be increased if litigation is put on hold.  Further, Plaintiff is a solo practitioner balancing multiple deadlines including several other filing deadlines in other cases as well as an unexpected office move this week.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

**IT IS SO STIPULATED** on June 13, 2023.

*Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Elizabeth Abdnour Law, PLLC
Attorney for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 292-0067
elizabeth@abdnour.com

*s/ Mark A. Gilchrist with permission*
Mark A. Gilchrist (P61741)
Michael D. Wiese (P78353)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Defendant Robert Dietzel
100 Monroe Center, N.W.
Grand Rapids, MI 49503
616-774-8000
mgilchrist@shrr.com
mwiese@shrr.com

*s/Mark T. Ostrowski with permission*
Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI 49546
(616) 559-8649
marko@kgvlaw.com

**IT IS SO ORDERED.**

_____
Hon. Paul L. Maloney
U.S. District Court Judge

Dated: _____

## **CERTIFICATE OF SERVICE**

    I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on June 13, 2023, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

                                                  /s/ Elizabeth K. Abdnour