# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

C.C.,

Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS, et al.,

Defendants.

Case No. 1:23-cv-255

Hon. Paul L. Maloney

## STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT DIETZEL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the Plaintiff to file a response to Defendant Dietzel's Rule 12 Motion to Dismiss is extended from Monday, June 12, 2023, to Thursday, July 20, 2023.

Plaintiff respectfully requests this additional time as the parties are scheduling facilitation in this matter which will most likely take place on July 6, 2023, and the likelihood of success in the facilitation process will be increased if litigation is put on hold.  Further, Plaintiff is a solo practitioner balancing multiple deadlines including several other filing deadlines in other cases as well as an unexpected office move this week.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

**IT IS SO STIPULATED** on June 13, 2023.

| | |
|---|---|
| *Elizabeth K. Abdnour* | *s/ Mark A. Gilchrist with permission* |
| Elizabeth K. Abdnour (P78203) | Mark A. Gilchrist (P61741) |
| Elizabeth Abdnour Law, PLLC | Michael D. Wiese (P78353) |
| Attorney for Plaintiff | SMITH HAUGHEY RICE & ROEGGE |
| 500 E. Michigan Ave., Ste. 130 | Attorneys for Defendant Robert Dietzel |
| Lansing, MI 48912 | 100 Monroe Center, N.W. |
| (517) 292-0067 | Grand Rapids, MI 49503 |
| elizabeth@abdnour.com | 616-774-8000 |
| | mgilchrist@shrr.com |
| | mwiese@shrr.com |
| | |
| | *s/Mark T. Ostrowski with permission* |
| | Mark T. Ostrowski (P49761) |
| | Jessica M. Stark (P80647) |
| | KLUCZYNSKI, GIRTZ & VOGELZANG |
| | Attorneys for Defendants |
| | 3033 Orchard Vista Dr SE, Ste 308 |
| | Grand Rapids, MI 49546 |
| | (616) 559-8649 |
| | marko@kgvlaw.com |

**IT IS SO ORDERED.**

Dated: \_\_\_\_June 13, 2023\_\_\_\_        \_\_/s/ Paul L. Maloney_____
                                                        Hon. Paul L. Maloney
                                                        U.S. District Court Judge