UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C. C.,

      Plaintiff,                            Case No. 1:23–cv–00255–PLM–RSK

    v.                                 Hon. Paul L. Maloney

MARCELLUS COMMUNITY SCHOOLS,
et al.,

      Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Telephone Sched Conf (R16)
Date/Time:            December 18, 2023   03:30 PM
District Judge:       Paul L. Maloney
Place/Location:

*Change in time only*

                                PAUL L. MALONEY
                                United States District Judge

Dated:  November 14, 2023     By:  _/s/ Amy C. Redmond_____
                                      Case Manager