UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C. C.,

        Plaintiff,                          Case No. 1:23–cv–00255–PLM–RSK

v.                                    Hon. Paul L. Maloney

MARCELLUS COMMUNITY SCHOOLS,
et al.,

        Defendants.
_____/

### ORDER RESCHEDULING RULE 16 CONFERENCE

        The Rule 16 Conference set in this matter for December 18, 2023 is rescheduled to December 15, 2023 at 10:30 AM with District Judge Paul L. Maloney, by telephone.  The joint status report will be due no later than December 12, 2023.  In all other respects, the original Order Setting Scheduling Conference remains in effect.

        IT IS SO ORDERED.


Dated:  November 15, 2023                    /s/ Paul L. Maloney
                                                    PAUL L. MALONEY
                                                    United States District Judge