UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  C.C. v. Marcellus Community Schools, et al

**Case Number:**  1:23-cv-255
**Date:**  December 15, 2023
**Time:**  10:37 a.m. - 10:45 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

### APPEARANCES

Plaintiff:  Elizabeth Kamm Abdnour and Meghan Mitchell

Defendants Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy Curtis, and Henry Essex:  Kyle Zielinski

Defendant Robert Dietzel:  Mark A. Gilchrist

### PROCEEDINGS

Nature of Hearing:  Telephone Rule 16 scheduling conference conducted; case management order to issue; plaintiff has settled with all defendants except Defendant Dietzel, those parties are working on settlement paperwork

Court Reporter: Proceedings not recorded                    Case Manager: Amy Redmond