UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.C. as Parent and Legal Guardian of
JANE DOE, a Minor,

   Plaintiff,         Case No. 1:23-cv-00255

v.               Hon. Paul L. Maloney

MARCELLUS COMMUNITY
SCHOOLS, MARCELLS COMMUNITY
SCHOOLS BOARD OF EDUCATION,
And individuals NANETTE PAULEY,
MELINDA BOHAN, SARAH BISCHOFF,
TAMMY CURTIS, HENRY ESSEX, and
ROBERT DIETZEL, in their individual
capacities,

   Defendants.

___

## NOTICE OF WITHDRAWAL OF ATTORNEY

  Comes now Elizabeth K. Abdnour on behalf of Plaintiff and hereby gives notice of withdrawal of Megan Mitchell's appearance on behalf of the Plaintiff. Ms. Mitchell is awaiting licensure in Michigan and was only present at the last setting to take notes for Ms. Abdnour. The entry of her appearance onto the record was a clerical error.

Dated this 19th day of December 2023  Respectfully Submitted,

              */s/ Elizabeth K. Abdnour*
              Elizabeth K. Abdnour (P78203)
              ABDNOUR WEIKER LLP
              Attorney for Plaintiff
              500 E. Michigan Ave., Ste 130
              Lansing. MI 48912
              Telephone: (517) 994-1776
              Fax: (614) 417-5081
              Email: liz@education-rights.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

                                          */s/ Elizabeth K. Abdnour*
                                          Elizabeth K. Abdnour