UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

    Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, and individuals NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS, HENRY ESSEX and ROBERT DIETZEL, In their individual capacities,

    Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

## Notice of Selection of Mediator

In accordance with the Court's December 18, 2023 Order (ECF No. 28, PageID.448), the parties have conferred and select attorney Lee T. Silver of the law firm Butzel Long to serve as mediator in the above-referenced matter.

Date:  February 6, 2024

By: */s/ Mark A. Gilchrist*
    Mark A. Gilchrist (P61741)
    Michael D. Wiese (P78353)
    SMITH HAUGHEY RICE & ROEGGE
    Attorneys for Defendant Robert Dietzel
    100 Monroe Center, N.W.
    Grand Rapids, MI 49503
    616-774-8000
    mgilchrist@shrr.com
    mwiese@shrr.com