UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

C.C. as Parent and Legal Guardian of
JANE DOE, a Minor,

    CASE NO: 1:23-cv-00255

  Plaintiff,

    Hon. Paul L. Maloney

v.

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

  Defendants.

---

Elizabeth Abdnour  (P78203)
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Avenue, Ste 130
Lansing, MI  48912
(517) 292-0067
Email:  elizabeth@abdnour.com

Mark A. Gilchrist  (P61741)
SMITH HAUGHEY RICE & ROGGE
Attorneys for Defendant Robert Dietzel
100 Monroe Center NW.
Grand Rapids, MI  49503
(616) 458-1477
Email:  mgilchrist@shrr.com

Mark T. Ostrowski  (P49761)
Jessica M. Stark-Flechsig (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants Marcellus CS,
Marcellus CS BOE, Nanette Pauley,
Melinda Bohan, Sarah Bischoff, Tammy
Curtis, and Henry Essex
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI  49546
(616) 559-8649
Email:  marko@kgvlaw.com

---

**STIPULATION TO DISMISS MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS AND HENRY ESSEX AS DEFENDANTS WITHOUT PREJUDICE PENDING PROBATE PROCEEDINGS REGARDING SETTLEMENT AND PROPOSED ORDER**

1

2

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys, that Defendants Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy Curtis and Henry Essex, ("School District Defendants") be dismissed without prejudice and without costs for the reason that a settlement has been reached between said parties and the only delay is with the processing of the probate matter required due to claims asserted on behalf of a minor.

Plaintiff and the School District Defendants executed a written settlement agreement on November 29, 2023. A portion of the proceeds of the settlement are to be place in trust for minor, C.C. There has been a delay in the probate process required to approve the settlement and establish a trust for C.C.

The parties agree that it is a waste of resources for the School District Defendants to continue as defendants in this litigation while the probate proceedings are being completed. The parties request that this Court issue an order dismissing the School District Defendants without prejudice and without costs at this time. The parties anticipate that a stipulation dismissing the School District Defendants with prejudice will be submitted to the Court upon completion of the probate process.

KLUCZYNSKI, GIRTZ & VOGELZANG

Date: March 12, 2024                 By: /s/ Mark T. Ostrowski
                                         Mark T. Ostrowski (P49761)
                                         Jessica M. Stark (P80647)
                                         Attorneys for Defendants Marcellus CS,
                                         Marcellus CS BOE, Nanette Pauley,
                                         Melinda Bohan, Sarah Bischoff, Tammy
                                         3033 Orchard Vista Dr. SE, Suite 308
                                         Grand Rapids, MI 49546
                                         (616) 559-8649

|  |  |
|---|---|
|  | ABDNOUR WEIKER, LLP |
| Date: March 12, 2024 | /s/ Elizabeth Abdour<br>Elizabeth Abdour  (P78203)<br>Attorneys for Plaintiff<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI  48912<br>(517) 292-0067 |
|  | SMITH HAUGHEY RICE & ROGGE |
| Date: March 12, 2024 | /s/ Mark A. Gilchrist<br>Mark A. Gilchrist  (P61741)<br>Attorneys for Robert Dietzel<br>100 Monroe Center NW<br>Grand Rapids, MI  49503<br>(616) 458-1477 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED:

Defendants, Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy Curtis and Henry Essex, ("School District Defendants") only, are hereby dismissed without prejudice and without costs.

This is not a final order.

Date: March _____, 2024                                    Honorable Paul L. Maloney
                                                          U.S. District Court Judge