UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

C.C., as Parent and Legal Guardian of JANE DOE, a
Minor,

     Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

     Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

---

## **Proof of Service**

On March 27, 2024, the undersigned served a copy of the Defendant Robert Dietzel's Fed. R. Civ. P. 26(a)(1) Initial Disclosures on all counsel of record by e-mail.

This statement is true to the best of my information, knowledge and belief.

Date: March 27, 2024

By: */s/ Mark A. Gilchrist*_____
    Mark A. Gilchrist (P61741)
    Michael D. Wiese (P78353)
    SMITH HAUGHEY RICE & ROEGGE
    Attorneys for Defendant Robert Dietzel
    100 Monroe Center, N.W.
    Grand Rapids, MI 49503
    616-774-8000
    mgilchrist@shrr.com
    mwiese@shrr.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation