FILED: 03/06/2024    Cass County Probate Court    24-000052-CY

STATE OF MICHIGAN
IN THE PROBATE COURT FOR THE COUNTY OF CASS

60296 M62, Ste. 10, Cassopolis, MI 49031 ~ 269/445-4436

IN THE MATTER OF:

███████████████████████,
a Minor.

Case No. 2024-052-CY

HON. CAROL M. BEALOR

---

LAAKSONEN LAW OFFICES, P.C.
**THERESA J. CYPHER** (P60208)
Attorney for Petitioners
226 ½ East Michigan Avenue
Paw Paw, MI 49079
(269) 655-1035
theresa@laaksonenlaw.com

---

## PETITION TO APPROVE SETTLEMENT AND AUTHORITY TO DISTRIBUTE PROCEEDS

Petitioner ███████, for the minor, ███████, petitions the Court, pursuant to Michigan's Elliott-Larsen Civil Rights Act, MCL § 37.2101, et seq., MCL 691.1407(2), Gross Negligence, for authority to settle this claim and distribute the proceeds derived from the settlement. In support, Petitioner states:

1. There is no civil action pending as to this claim under Michigan law seeking money damages arising out of allegations brought by the Petitioner of sexual assault of the minor child, ███████, while attending school.

2. Petitioner is seeking appointment as a conservator for the minor child in this matter.

3. On November 30, 2023, the Petitioner ███████, for herself and her daughter, ███████, ("Plaintiffs") reached a settlement with the Marcellus Community Schools, Marcellus Community Schools Board of Education, Superintendent Nanette Pauley, Elementary School Principal Sarah Bischoff, Social Worker Tammy Curtis, Teacher Henry Essex and Board of Director of Curriculum Melinda Bohan ("Defendants") in which the Defendants have agreed to provide a total payment of One Hundred Twenty-Five Thousand Dollars ($125,000.00) to Plaintiffs and their attorneys.

4. Based on the terms of the Settlement Agreement and General Release, the Petitioner concludes that it is in the best interest of ▇ to accept the agreed upon payment.

5. Petitioner asks the Court to approve this settlement in the amount of $125,000.00

6. By entering into these settlement negotiations, attorneys for the Plaintiffs have incurred costs on behalf of the Plaintiffs and minor child in the amount of $2,108.75, which have already been paid by the Plaintiff/Petitioner, ▇.

7. Plaintiffs entered into a written fee agreement with Abdnour Weiker LLP, attorneys for the Plaintiffs providing for (a percentage? An hourly rate?) of the net recovery. The attorney fee to be paid to Abdnour Weiker LLP is $41,409.92.

8. The net amount of the settlement proceeds available for distribution after payment of the attorney fees and costs is $85,590.08.

9. Plaintff/Petitioner requests reimbursement of the $2,108.75 in attorney fees from the net amount leaving the minor child the sum of $81,481.33.

10. Plaintiff/Petitioner proposes that the net amount for distribution be distributed to the conservators for the minor child, ▇, pursuant to a Petition for Appointment of Conservator for Minor Child and grant such additional relief as the Court finds equitable under the circumstances.

Dated: Mar 7, 2024

Dated: 3/7/2024

▇ Petitioner

_____
Theresa J. Cypher (P60208)
Attorney for Petitioner, ▇

# 2024-02-27 Petition to Approve Settlement and Authority to Distribute Settlement Proceeds

Final Audit Report 2024-03-07

| | |
|---|---|
| Created: | 2024-03-07 |
| By: | Julie Brown (julie@laaksonenlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7QgdFExhQEmoD8CV7yjmE8fVIRqfJ7pa |

## "2024-02-27 Petition to Approve Settlement and Authority to Distribute Settlement Proceeds" History

- Document created by Julie Brown (julie@laaksonenlaw.com)
  2024-03-07 - 6:01:56 PM GMT

- Document emailed to ▮▮▮▮▮▮▮▮ for signature
  2024-03-07 - 6:02:36 PM GMT

- Email viewed by ▮▮▮▮▮▮▮▮
  2024-03-07 - 7:18:27 PM GMT

- Signer ▮▮▮▮▮▮▮▮ entered name at signing as ▮▮▮▮
  2024-03-07 - 7:18:55 PM GMT

- Document e-signed by ▮▮▮▮▮▮▮▮
  Signature Date: 2024-03-07 - 7:18:57 PM GMT - Time Source: server

- ✅ Agreement completed.
  2024-03-07 - 7:18:57 PM GMT

Adobe Acrobat Sign