UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

    Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

    Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

## Proof of Service

On May 7, 2024, the undersigned served a copy of the Defendant Robert Dietzel's Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents on all counsel of record by e-mail.

This statement is true to the best of my information, knowledge and belief.

Date: May 7, 2024

By: */s/ Mark A. Gilchrist* _____
    Mark A. Gilchrist (P61741)
    Michael D. Wiese (P78353)
    SMITH HAUGHEY RICE & ROEGGE
    Attorneys for Defendant Robert Dietzel
    100 Monroe Center, N.W.
    Grand Rapids, MI 49503
    616-774-8000
    mgilchrist@shrr.com
    mwiese@shrr.com