UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

 Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, and individuals NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS, HENRY ESSEX and ROBERT DIETZEL, In their individual capacities,

 Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

## Robert Dietzel's Certificate of Compliance

NOW COMES Defendant Robert Dietzel ("Mr. Dietzel"), by and through his attorneys, SMITH HAUGHEY RICE & ROEGGE, and in compliance with L. Civ. R. 7.2(b)(ii) states that Robert Dietzel's Brief in Support of Fed. R. Civ. P. 12(c) Motion for Judgment on the Pleadings complies with L. Civ. R. 7.2(b)(i), as it contains 3,434 words, including headings, footnotes, citations, and quotations. The Brief was produced with Microsoft Word for Office 365.

Date:  May 10, 2024

By: */s/ Mark A. Gilchrist*_____
 Mark A. Gilchrist (P61741)
 Michael D. Wiese (P78353)
 SMITH HAUGHEY RICE & ROEGGE
 Attorneys for Defendant Robert Dietzel
 100 Monroe Center, N.W.
 Grand Rapids, MI 49503
 616-774-8000
 mgilchrist@shrr.com
 mwiese@shrr.com