UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

    Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, and individuals NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS, HENRY ESSEX and ROBERT DIETZEL, In their individual capacities,

    Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

---

**STIPULATION AND ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANT DIETZEL'S FED. R. CIV. P. 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND ADJOURNING MEDIATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant Robert Dietzel that discovery will be stayed pending resolution of Defendant Dietzel's Fed. R. Civ. P. 12(c) Motion for Judgment on the Pleadings and that the upcoming mediation set for June 3, 2024, shall be adjourned.

IT IS SO STIPULATED.

Date: May 17, 2024

By: */s/ Elizabeth Abdnour* (with permission)
Elizabeth Abdnour (P78203)
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Ave. - Suite 130
Lansing, MI 48912
(517) 292-0067
elizabeth@abdnour.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

Date:  May 17, 2024	By: */s/ Mark A. Gilchrist*
			Mark A. Gilchrist (P61741)
			Michael D. Wiese (P78353)
			SMITH HAUGHEY RICE & ROEGGE
			Attorneys for Defendant Robert Dietzel
			100 Monroe Center, N.W.
			Grand Rapids, MI 49503
			616-774-8000
			mgilchrist@shrr.com
			mwiese@shrr.com

**ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANT DIETZEL'S FED. R. CIV. P. 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND ADJOURNING MEDIATION**

Pursuant to Stipulation of counsel for Plaintiff and Defendant Robert Dietzel, IT IS HEREBY ORDERED:

Discovery is stayed pending resolution of Defendant Dietzel's Fed. R. Civ. P. 12(c) Motion for Judgment on the Pleadings.

The June 3, 2024, mediation is adjourned.

This Order does not resolve the last pending claim and does not close this case.

Date:  May ____, 2024

			HONORABLE PAUL L. MALONEY
			U.S. District Court Judge

SHRR\6149594.v1

2