# United States District Court
# Western District of Michigan
# Southern Division

C.C., AS PARENT AND LEGAL GUARDIAN OF
JANE DOE, A MINOR

v.

MARCELLUS COMMUNITY SCHOOLS, ET AL.

**NOTICE**

CASE NO. 1:23-cv-255

TYPE OF CASE:

   __X__ CIVIL        ____ CRIMINAL

__X__ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

**PLACE**

Federal Building
410 West Michigan Avenue
Kalamazoo, MI 49007

**ROOM NO.**
Courtroom 174

**DATE AND TIME**
June 17, 2024 at 9:00 a.m.

**TYPE OF PROCEEDING**

Hearing on stipulation to approve settlement agreement (ECF No. 39)

Paul L. Maloney
United States District Judge

DATE: May 21, 2024

  /s/ Amy C. Redmond
By: Amy C. Redmond, Case Manager

TO: All counsel of record