# United States District Court
# Western District of Michigan
# Southern Division

C.C., AS PARENT AND LEGAL GUARDIAN OF
JANE DOE, A MINOR

**NOTICE**

v.                                                                                          CASE NO. 1:23-cv-255

MARCELLUS COMMUNITY SCHOOLS, ET AL.

TYPE OF CASE:

  __X__  CIVIL                                                   _____ CRIMINAL

__X__  TAKE NOTICE that a proceeding in this case has been rescheduled to the date and time set forth below:

PLACE

Federal Building
410 West Michigan Avenue
Kalamazoo, MI 49007

ROOM NO.
Courtroom 174

DATE AND TIME
July 11, 2024 at 1:30 p.m.

TYPE OF PROCEEDING

Hearing on stipulation to approve settlement agreement (ECF No. 39)

Paul L. Maloney
United States District Judge

DATE:  June 3, 2024

 /s/ Amy C. Redmond
By: Amy C. Redmond, Case Manager

TO:    All counsel of record