UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

C.C., as Parent and Legal Guardian of JANE DOE, a Minor,

    Plaintiff,

v

MARCELLUS COMMUNITY SCHOOLS, MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION, and individuals NANETTE PAULEY, MELINDA BOHAN, SARAH BISCHOFF, TAMMY CURTIS, HENRY ESSEX and ROBERT DIETZEL, In their individual capacities,

    Defendants.

CASE NO. 1:23-cv-00255

HON. PAUL L. MALONEY

## Robert Dietzel's Certificate of Compliance

NOW COMES Defendant Robert Dietzel ("Mr. Dietzel"), by and through his attorneys, SMITH HAUGHEY RICE & ROEGGE, and in compliance with L. Civ. R. 7.2(b)(ii) states that Robert Dietzel's Reply Brief in Support of Fed. R. Civ. P. 12(c) Motion to Dismiss complies with L. Civ. R. 7.2(b)(i), as it contains 2,472 words, including headings, footnotes, citations, and quotations. The Brief was produced with Microsoft Word for Office 365.

Date: June 21, 2024

By: */s/ Drew W. Broaddus*_____
    Mark A. Gilchrist (P61741)
    Michael D. Wiese (P78353)
    Drew W. Broaddus (P64658)
    SMITH HAUGHEY RICE & ROEGGE
    Attorneys for Defendant Robert Dietzel
    100 Monroe Center, N.W.
    Grand Rapids, MI 49503
    616-774-8000
    mgilchrist@shrr.com
    mwiese@shrr.com
    dbroaddus@shrr.com