UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  C.C. v. Marcellus Community Schools, et al

**Case Number:**  1:23-cv-255
**Date:**  July 11, 2024
**Time:**  1:44 p.m. - 1:54 p.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

Plaintiff:  Elizabeth Kamm Abdnour and Megan Nicole Marie Mitchell

Defendants Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melina Bohan, Sarah Bischoff, Tammy Curtis, and Henry Essex:  Mark T. Ostrowski

Defendant Robert Dietzel:  Drew W. Broaddus

**PROCEEDINGS**

Nature of Hearing:  Hearing on stipulation to approve settlement agreement (ECF No. 39); motion granted with modification to agreement, order to issue

Court Reporter: Kathleen Thomas                Case Manager: Amy Redmond