UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.C., as parent and legal guardian of )
Jane Doe, a minor, )
      Plaintiff, )
                )  No. 1:23-cv-255
-v- )
                )  Honorable Paul L. Maloney
MARCELLUS COMMUNITY SCHOOLS, *et al.*, )
      Defendants. )
                )

## ORDER APPROVING SETTLEMENT

  Plaintiff C.C. and seven of the eight defendants reached a settlement agreement and seek Court approval (ECF No. 39). On Thursday, July 11, 2024, the Court held a hearing on the matter. As explained on the record, the parties have agreed to strike or excise paragraph 7 from the agreement (ECF No. 39-1 PageID.511). With that understanding, and for the reasons placed on the record, the Court **APPROVES** the proposed settlement (ECF No.39). **IT IS SO ORDERED.**

Date: July 11, 2024             /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge