UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

C.C. as Parent and Legal Guardian of
JANE DOE, a Minor,

        Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

        Defendants.

CASE NO: 1:23-cv-00255

Hon. Paul L. Maloney

---

Elizabeth Abdnour  (P78203)
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Avenue, Ste 130
Lansing, MI  48912
(517) 292-0067
Email: elizabeth@abdnour.com

Mark A. Gilchrist  (P61741)
SMITH HAUGHEY RICE & ROGGE
Attorneys for Defendant Robert Dietzel
100 Monroe Center NW.
Grand Rapids, MI  49503
(616) 458-1477
Email: mgilchrist@shrr.com

Mark T. Ostrowski  (P49761)
Jessica M. Stark-Flechsig (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants Marcellus CS,
Marcellus CS BOE, Nanette Pauley,
Melinda Bohan, Sarah Bischoff, Tammy
Curtis, and Henry Essex
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI  49546
(616) 559-8649
Email: marko@kgvlaw.com

---

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties, Defendants Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff,

Tammy Curtis and Henry Essex, ("School District Defendants") and Plaintiff and stipulate that the claims between them have been settled and the terms have been satisfied and the claims between Plaintiff and these School District Defendants may and shall be dismissed with prejudice and without costs to any party. This does not close the file as there are claims between Plaintiff and Defendant Robert Dietzel still pending.

KLUCZYNSKI, GIRTZ & VOGELZANG

Date: August 5, 2024

By: /s/ Mark T. Ostrowski
Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
Attorneys for Defendants Marcellus CS, Marcellus CS BOE, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy
3033 Orchard Vista Dr. SE, Suite 308
Grand Rapids, MI 49546
(616) 559-8649

ABDNOUR WEIKER, LLP

Date: August 5, 2024

By: /s/ Elizabeth Abdour
Elizabeth Abdour (P78203)
Attorneys for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 292-0067

SMITH HAUGHEY RICE & ROGGE

Date: August 5, 2024

By: /s/ Mark A. Gilchrist
Mark A. Gilchrist (P61741)
Attorneys for Robert Dietzel
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 458-1477

## **ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED:

Defendants, Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy Curtis and Henry Essex, ("School District Defendants") only, are hereby dismissed with prejudice and without costs to any party.

This is not a final order.

Date: August \_\_\_\_\_, 2024

Honorable Paul L. Maloney
U.S. District Court Judge

## Lynn Lewis

| | |
|---|---|
| **From:** | Gilchrist, Mark <mgilchrist@shrr.com> |
| **Sent:** | Monday, August 5, 2024 11:38 AM |
| **To:** | Lynn Lewis; Elizabeth Abdnour |
| **Cc:** | Mark Ostrowski; Robinson, Francine |
| **Subject:** | RE: Coley v Marcellus CS, et al; Case No: 1:23-cv-00255 |

You don't often get email from mgilchrist@shrr.com. Learn why this is important

You may sign my name. Thanks.

Mark

**From:** Lynn Lewis <llewis@kgvlaw.com>
**Sent:** Monday, August 5, 2024 11:35 AM
**To:** Elizabeth Abdnour <elizabeth@abdnour.com>; Gilchrist, Mark <mgilchrist@shrr.com>
**Cc:** Mark Ostrowski <marko@kgvlaw.com>
**Subject:** Coley v Marcellus CS, et al; Case No: 1:23-cv-00255

Counsel,

I have attached a proposed Stipulation and Order of Dismissal. Let me know if I have your permission to sign for you.


Thank you.

## Lynn R. Lewis
*Assistant to Mark Ostrowski, Richard Radke, Jr.,
Jessica Stark-Flechsig and Kyle Zielinski*
Direct Dial: (616) 559-8639



LAW OFFICES OF
KLUCZYNSKI, GIRTZ & VOGELZANG

3033 Orchard Vista Drive, S.E., Suite 308
Grand Rapids, MI 49546
Phone: 616-459-0556
Fax:    616-459-5829

NOTICE: The information contained in the above message is attorney privileged and confidential information solely for the use of the intended recipient. If the reader of this message is not the intended recipient, the reader is notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Kluczynski, Girtz & Vogelzang by telephone at (616) 459-0556

## Lynn Lewis

**From:** Liz Abdnour <liz@education-rights.com>
**Sent:** Monday, August 5, 2024 11:42 AM
**To:** Lynn Lewis
**Cc:** Elizabeth Abdnour; Gilchrist, Mark; Mark Ostrowski
**Subject:** Re: Coley v Marcellus CS, et al;  Case No:  1:23-cv-00255

Thank you Lynn - you can sign for me.



**Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP | www.lawyers4students.com
P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Mon, 05 Aug 2024 11:35:08 -0400 **Lynn Lewis <llewis@kgvlaw.com>** wrote ---

Counsel,

I have attached a proposed Stipulation and Order of Dismissal.  Let me know if I have your permission to sign for you.

Thank you.

## Lynn R. Lewis
Assistant to Mark Ostrowski, Richard Radke, Jr.,
Jessica Stark-Flechsig and Kyle Zielinski
Direct Dial:  (616) 559-8639




1