UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

C.C. as Parent and Legal Guardian of
JANE DOE, a Minor,

        Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS,
MARCELLUS COMMUNITY SCHOOLS
BOARD OF EDUCATION, and individuals
NANETTE PAULEY, MELINDA BOHAN,
SARAH BISCHOFF, TAMMY CURTIS,
HENRY ESSEX and ROBERT DIETZEL,
In their individual capacities,

        Defendants.

CASE NO: 1:23-cv-00255

Hon. Paul L. Maloney

---

Elizabeth Abdnour  (P78203)
ABDNOUR WEIKER, LLP
Attorneys for Plaintiff
500 E. Michigan Avenue, Ste 130
Lansing, MI  48912
(517) 292-0067
Email: elizabeth@abdnour.com

Mark A. Gilchrist  (P61741)
SMITH HAUGHEY RICE & ROGGE
Attorneys for Defendant Robert Dietzel
100 Monroe Center NW.
Grand Rapids, MI  49503
(616) 458-1477
Email: mgilchrist@shrr.com

Mark T. Ostrowski  (P49761)
Jessica M. Stark-Flechsig (P80647)
KLUCZYNSKI, GIRTZ & VOGELZANG
Attorneys for Defendants Marcellus CS,
Marcellus CS BOE, Nanette Pauley,
Melinda Bohan, Sarah Bischoff, Tammy
Curtis, and Henry Essex
3033 Orchard Vista Dr SE, Ste 308
Grand Rapids, MI  49546
(616) 559-8649
Email: marko@kgvlaw.com

---

## STIPULATION AND ORDER OF DISMISSAL

      NOW COME the parties, Defendants Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff,

1

Tammy Curtis and Henry Essex, ("School District Defendants") and Plaintiff and stipulate that the claims between them have been settled and the terms have been satisfied and the claims between Plaintiff and these School District Defendants may and shall be dismissed with prejudice and without costs to any party. This does not close the file as there are claims between Plaintiff and Defendant Robert Dietzel still pending.

KLUCZYNSKI, GIRTZ & VOGELZANG

Date: August 5, 2024

By: /s/ Mark T. Ostrowski
Mark T. Ostrowski (P49761)
Jessica M. Stark (P80647)
Attorneys for Defendants Marcellus CS,
Marcellus CS BOE, Nanette Pauley,
Melinda Bohan, Sarah Bischoff, Tammy
3033 Orchard Vista Dr. SE, Suite 308
Grand Rapids, MI 49546
(616) 559-8649

ABDNOUR WEIKER, LLP

Date: August 5, 2024

By: /s/ Elizabeth Abdour
Elizabeth Abdour (P78203)
Attorneys for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 292-0067

SMITH HAUGHEY RICE & ROGGE

Date: August 5, 2024

By: /s/ Mark A. Gilchrist
Mark A. Gilchrist (P61741)
Attorneys for Robert Dietzel
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 458-1477

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED:

Defendants, Marcellus Community Schools, Marcellus Community Schools Board of Education, Nanette Pauley, Melinda Bohan, Sarah Bischoff, Tammy Curtis and Henry Essex, ("School District Defendants") only, are hereby dismissed with prejudice and without costs to any party.

This is not a final order.

Date: August __9__, 2024

/s/ Paul L. Maloney
Honorable Paul L. Maloney
U.S. District Court Judge