UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.C., as Parent and Legal Guardian of Jane Doe, a minor,

    Plaintiff,

v.

MARCELLUS COMMUNITY SCHOOLS et al.,

    Defendants.
_____/

Case No. 1:23-cv-255

Hon. Paul L. Maloney

## JUDGMENT

The Court has dismissed this lawsuit for lack of subject matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED**

Dated: October 28, 2024

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE